MARY RALEIGH, as Administratrix of the Estate of DENNIS RALEIGH, Deceased, Appellant, *v.* JOHN B. PAYNE, as United States Director-General of Railways, Respondent.

*Negligence — carriers — ferries — driver of wagon thrown from seat and killed while a passenger on a ferryboat — alleged defective condition of planking — insufficiency of evidence to warrant recovery.*

*Raleigh* v. *Hines*, 194 App. Div. 592, affirmed.

(Argued January 18, 1922; decided February 3, 1922.)

APPEAL from a judgment, entered February 21, 1921, upon an order of the Appellate Division of the Supreme Court in the first judicial department, reversing a judgment in favor of plaintiff entered upon a verdict and

directing a dismissal of the complaint in an action to recover for the death of plaintiff's intestate alleged to have been occasioned through the negligence of the defendant. The complaint alleged that decedent was a passenger on the ferryboat *Rochester,* on a truck drawn by four horses which he was driving and that while said ferryboat was attached to the pier or slip at Weehawken, N. J., deceased was thrown from his seat on the truck to the deck of the ferryboat and killed, due to the negligence and carelessness of the defendant and its employees in permitting the planks composing the deck of said ferryboat to remain in a defective and worn condition and to be insecurely fastened and to remain in that condition with knowledge thereof and in failing to maintain a suitable inspection of the condition of said planks. The Appellate Division held that there was no sufficient evidence to show that the defective condition of the planks was the cause of decedent's fall.

*Alfred M. Bailey* and *Martin Bourke* for appellant.
*William Mann* and *Alex S. Lyman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: Hiscock, Ch. J., Cardozo, Pound, McLaughlin, Crane and Andrews, JJ. Absent: Hogan, J.